IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Chongqing Huansong Industries (Group) Co., Ltd. et al v. Performance Powersports Group Investor, LLC et al.

| | | |
|---|---|---|
| Chongqing Huansong Industries (Group) Co., Ltd. et al , | ) ) ) ) | Civil Action No. 23-cv-400-UNA |
| Appellant, | ) ) | |
| v. | ) ) ) | Bankruptcy Case No.  23-10047-LSS Bankruptcy BAP No.  23-00018 |
| Performance Powersports Group Investor, LLC et al., | ) | |
| Appellee. | | |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following Order of the Bankruptcy Court dated 03/27/2023 was docketed in the District Court on 04/10/2023:

**ORDER (I) APPROVING ASSET PURCHASE AGREEMENT, (II) AUTHORIZING AND APPROVING SALE OF SUBSTANTIALLY ALL ASSETS OF THE DEBTORS PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (III) AUTHORIZ**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.  Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino
Clerk of Court

s/VFM
Date: 04/10/2023
CC.   U.S. Bankruptcy Court
       Counsel via CM/ECF