IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Performance Powersports Group Investor, LLC, *et al.*,<br><br>      Debtors. | Chapter 11<br><br>Case No. 23-10047 (LSS)<br><br>(Jointly Administered) |
| Chongqing Huansong Industries (Group) Co., Ltd., *et al.*,<br><br>      Appellants,<br><br>v.<br><br>Performance Powersports Group Investor, LLC, *et al.*,<br><br>      Appellees. | Bankruptcy BAP No. 23-00018<br><br>Civil Action No.: 23-cv-00400 (CFC) |

**STIPULATION REGARDING STAY OF
<u>MEDIATION AND BRIEFING OF APPEAL</u>**

  This stipulation (the "<u>Stipulation</u>") is made by and among the appellants, Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd. and Vietnam New Century Industrial Company Limited (collectively, "<u>Hisun</u>" or "<u>Appellants</u>"), debtors Performance Powersports Group Investor, LLC, Performance Powersports Group Holdings, Inc. and Performance Powersports Group Purchaser, Inc. (collectively, the "<u>Debtors</u>") and Kinderhook Industries, LLC, CPS USA Acquisition, LLC, Kinderhook Capital Fund VI, L.P., Kinderhook Capital Fund VI-B, L.P., Tankas Funding VI, LLC (collectively, "<u>Kinderhook</u>," and together with the Debtors, the "<u>Appellees</u>") (each of the foregoing, a "<u>Party</u>" and collectively, the "<u>Parties</u>").

<strong><u>RECITALS</u></strong>

  **WHEREAS**, on January 16, 2023 (the "<u>Petition Date</u>"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United

States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which cases have been jointly consolidated for administrative purposes only;

WHEREAS, on January 16, 2023, the Debtors and Kinderhook entered into that certain asset purchase agreement (the "Asset Purchase Agreement") for the sale of substantially all of the Debtors' assets;

WHEREAS, on March 27, 2023, the Bankruptcy Court entered the *Order (I) Approving Asset Purchase Agreement, (II) Authorizing and Approving Sale of Substantially All Assets of the Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code, (IV) Authorizing the Debtors to Consummate the Transactions Related to the Above; and (V) Granting Related Relief* [Bankr. D.I. 270] (the "Sale Order"), thereby approving entry into the Asset Purchase Agreement and consummation of all transaction contemplated thereunder;

WHEREAS, on March 31, 2023, the sale contemplated under the Asset Purchase Agreement closed;

WHEREAS, on April 10, 2023, Hisun filed a notice of appeal (the "Appeal") of the Sale Order to this Court;

WHEREAS, by Oral Order dated June 7, 2023 [D.I. 9], the Appeal was retained for mediation before the Honorable Laura D. Hatcher;

WHEREAS, the Parties have reached a settlement of certain disputes among them, including the disputes at issue in the Appeal (the "Settlement");

WHEREAS, on June 12, 2023, the Parties filed the *Stipulation Regarding Settlement Term Sheet* with the Bankruptcy Court [Bankr. D. I. 377] (the "Bankruptcy Stipulation");

41713046.2 06/13/2023

**WHEREAS**, as detailed in the Bankruptcy Stipulation, certain aspects of the Settlement are set forth in the *Debtors' Amended Joint Plan of Liquidation of Pursuant to Chapter 11 of the Bankruptcy Code* [Bankr. D. I. 378] (as such plan may be further amended or modified, the "Amended Plan") and are subject to Bankruptcy Court approval as part of the confirmation of the Amended Plan;

**WHEREAS**, the Bankruptcy Stipulation provides for the Parties to seek a stay of the Appeal pending confirmation and the "effective date" of the Amended Plan by the Bankruptcy Court and to promptly withdraw this Appeal following the effective date of the Amended Plan; and

**WHEREAS**, the Parties anticipate that the Amended Plan will be confirmed by the Bankruptcy Court in July of 2023 and become effective on or before August 31, 2023.

**NOW, THEREFORE,** it is hereby agreed and stipulated by and between the Parties, subject to approval of the Court, as follows:

## STIPULATION

1. The foregoing recitals are incorporated herein.

2. The Appeal shall be stayed pending confirmation and the effective date of the Amended Plan.

3. If this Appeal is not voluntarily withdrawn by the Parties on or before September 15, 2023, the Parties shall file a joint status report with the Court regarding the Appeal on or before September 22, 2023.

4. The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Stipulation.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

41713046.2 06/13/2023

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| **SAUL EWING LLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| */s/ Mark Minuti* | */s/ Domenic E. Pacitti* |
| Mark Minuti (DE Bar No. 2659) | Domenic E. Pacitti (DE Bar No. 3989) |
| 1201 N. Market Street, Suite 2300 | Michael W. Yurkewicz (DE Bar No. 4165) |
| P.O. Box 1266 | Sally E. Veghte (DE Bar No. 4762) |
| Wilmington, DE 19899 | 919 North Market Street, Suite 1000 |
| Telephone: (302) 421-6800 | Wilmington, DE 19801 |
| mark.minuti@saul.com | Telephone: (302) 426-1189 |
| | Email:  dpacitti@klehr.com |
| -and- | myurkewicz@klehr.com |
| | sveghte@klehr.com |
| John D. Beck (admitted *pro hac vice*) | |
| Jennifer Y. Lee (admitted *pro hac vice*) | -and- |
| **HOGAN LOVELLS US LLP** | |
| 390 Madison Avenue | Morton R. Branzburg |
| New York, NY 10017 | 1835 Market Street, Suite 1400 |
| Telephone: (212) 918-3000 | Philadelphia, PA 19103 |
| john.beck@hoganlovells.com | Telephone: (215) 569-3007 |
| jennifer.lee@hoganlovells.com | mbranzburg@klehr.com |
| | |
| *Counsel to Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd., and Vietnam New Century Industrial Company Limited* | *Counsel to the Debtors* |

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

-and-

Brian Schartz, P.C.
Allyson Smith, Esquire
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 909-3217
brian.schartz@kirkland.com
allyson.smith@kirkland.com

-and-

William E. Arnault
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
william.arnault@kirkland.com

*Counsel to Kinderhook*

Dated: June 13, 2023

SO ORDERED this 14th day of June, 2023.

_____
The Honorable Colm F. Connolly, Chief Judge
United States District Court for the District of Delaware

41713046.2 06/13/2023