# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Performance Powersports Group Investor, LLC, *et al.*,<br><br>                  Debtors. | Chapter 11<br><br>Case No. 23-10047 (LSS)<br><br>(Jointly Administered) |
| Chongqing Huansong Industries (Group) Co., Ltd., *et al.*,<br><br>                  Appellants,<br><br>         v.<br><br>Performance Powersports Group Investor, LLC, *et al.*,<br><br>                  Appellees. | Bankruptcy BAP No. 23-00018<br><br>Civil Action No.: 23-cv-00400 (CFC) |

## STATUS REPORT

NOW COMES the appellants, Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd. and Vietnam New Century Industrial Company Limited (collectively, "Hisun" or "Appellants"), debtors Performance Powersports Group Investor, LLC, Performance Powersports Group Holdings, Inc. and Performance Powersports Group Purchaser, Inc. (collectively, the "Debtors") and Kinderhook Industries, LLC, CPS USA Acquisition, LLC, Kinderhook Capital Fund VI, L.P., Kinderhook Capital Fund VI-B, L.P., Tankas Funding VI, LLC (collectively, "Kinderhook," and together with the Debtors, the "Appellees") (each of the foregoing, a "Party" and collectively, the "Parties"), and hereby provide the Court with a status report consistent with the *Stipulation Regarding Stay of Mediation and Briefing on Appeal* [D. I. 12] (the "Appeal Stipulation"), which was approved by the Court by order dated June 14, 2023 [D. I. 13] (the "Stay Order"), as follows:

1.        On January 16, 2023, each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which cases have been jointly consolidated for administrative purposes only.

2.        On January 16, 2023, the Debtors and Kinderhook entered into that certain asset purchase agreement (the "Asset Purchase Agreement") for the sale of substantially all of the Debtors' assets.

3.        On March 27, 2023, the Bankruptcy Court entered the *Order (I) Approving Asset Purchase Agreement, (II) Authorizing and Approving Sale of Substantially All Assets of the Debtors Pursuant to Section 363 of the Bankruptcy Code Free and Clear of All Liens, Claims, Interests, and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases Pursuant to Section 365 of the Bankruptcy Code, (IV) Authorizing the Debtors to Consummate the Transactions Related to the Above; and (V) Granting Related Relief* [Bankr. D.I. 270] (the "Sale Order"), thereby approving entry into the Asset Purchase Agreement and consummation of all transaction contemplated thereunder.

4.        On March 31, 2023, the sale contemplated under the Asset Purchase Agreement closed.

5.        On April 10, 2023, Hisun filed a notice of appeal (the "Appeal") of the Sale Order to this Court.

6.        By Oral Order dated June 7, 2023 [D.I. 9], the Appeal was retained for mediation before the Honorable Laura D. Hatcher.

7.        In June of 2023, the Parties reached a settlement of certain disputes among them, including the disputes at issue in the Appeal (the "Settlement").

8. On June 12, 2023, the Parties filed the *Stipulation Regarding Settlement Term Sheet* with the Bankruptcy Court [Bankr. D. I. 377] (the "Bankruptcy Stipulation").

9. Certain aspects of the Settlement are set forth in the *Debtors' Amended Joint Plan of Liquidation of Pursuant to Chapter 11 of the Bankruptcy Code* [Bankr. D. I. 385] (as such plan may be further amended or modified, the "Amended Plan") and are subject to Bankruptcy Court approval as part of the confirmation of the Amended Plan. Accordingly, the Bankruptcy Stipulation provided for the Parties to seek a stay of the Appeal pending confirmation and the "effective date" of the Amended Plan by the Bankruptcy Court and for Hisun to promptly withdraw the Appeal following the effective date of the Amended Plan.

10. Consistent with the Bankruptcy Stipulation, the Parties filed the Appeal Stipulation on June 13, 2023 and the Court entered the Stay Order, staying further proceedings on the Appeal and providing for the Parties to file a Status Report by September 22, 2023 if the Appeal had not been withdrawn by that date.

11. At the time the Parties filed the Appeal Stipulation they anticipated that the Amended Plan would be confirmed by the Bankruptcy Court in July of 2023 and become effective on or before August 31, 2023.

12. For reasons unrelated to the Settlement or the Appeal, the hearing on confirmation of the Amended Plan before the Bankruptcy Court was continued to October 4, 2023.  The Parties now believe that the Amended Plan will be confirmed on or about October 4, 2023 and that the effective date of the Amended Plan will occur prior to October 31, 2023.

13. The Parties continue to agree that the Appeal should remained stayed until the Bankruptcy Court considers the Amended Plan.

14. The Parties have agreed to file a further Status Report if the Appeal is not withdrawn on or before December 1, 2023.

15. The Parties are available to discuss this matter at the Court's convenience.

| | |
|---|---|
| **SAUL EWING LLP** | **KLEHR HARRISON HARVEY BRANZBURG LLP** |
| */s/ Mark Minuti* | */s/ Domenic E. Pacitti* |
| Mark Minuti (DE Bar No. 2659) | Domenic E. Pacitti (DE Bar No. 3989) |
| 1201 N. Market Street, Suite 2300 | Michael W. Yurkewicz (DE Bar No. 4165) |
| P.O. Box 1266 | Sally E. Veghte (DE Bar No. 4762) |
| Wilmington, DE 19899 | 919 North Market Street, Suite 1000 |
| Telephone: (302) 421-6800 | Wilmington, DE 19801 |
| mark.minuti@saul.com | Telephone: (302) 426-1189 |
| | Email:  dpacitti@klehr.com |
| -and- | myurkewicz@klehr.com |
| | sveghte@klehr.com |
| John D. Beck (admitted *pro hac vice*) | |
| Jennifer Y. Lee (admitted *pro hac vice*) | -and- |
| **HOGAN LOVELLS US LLP** | |
| 390 Madison Avenue | Morton R. Branzburg |
| New York, NY 10017 | 1835 Market Street, Suite 1400 |
| Telephone: (212) 918-3000 | Philadelphia, PA 19103 |
| john.beck@hoganlovells.com | Telephone: (215) 569-3007 |
| jennifer.lee@hoganlovells.com | mbranzburg@klehr.com |
| | |
| *Counsel to Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd., and Vietnam New Century Industrial Company Limited* | *Counsel to the Debtors* |

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com

-and-

Brian Schartz, P.C.
Allyson Smith, Esquire
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 909-3217
brian.schartz@kirkland.com
allyson.smith@kirkland.com

-and-

William E. Arnault
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
william.arnault@kirkland.com

*Counsel to Kinderhook*


Dated: September 20, 2023