## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Performance Powersports Group Investor, LLC, *et al*., | Case No. 23-10047 (LSS) |
| Debtors. | (Jointly Administered) |
| Chongqing Huansong Industries (Group) Co., Ltd., *et al*., | |
| Appellants, | Bankruptcy BAP No. 23-00018 |
| v. | Civil Action No.: 23-cv-00400 (CFC) |
| Performance Powersports Group Investor, LLC, *et al*., | |
| Appellees. | |

### NOTICE OF VOLUNTARY DISMISSAL OF APPEAL WITH PREJUDICE

NOW COMES the appellants, Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd. and Vietnam New Century Industrial Company Limited ( "Appellants"), debtors Performance Powersports Group Investor, LLC, Performance Powersports Group Holdings, Inc. and Performance Powersports Group Purchaser, Inc. (collectively, the "Debtors") and Kinderhook Industries, LLC, CPS USA Acquisition, LLC, Kinderhook Capital Fund VI, L.P., Kinderhook Capital Fund VI-B, L.P., Tankas Funding VI, LLC (together with the Debtors, the "Appellees"), pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, and hereby agree to the voluntarily dismissal of this Appeal with prejudice, with each of the Appellants and the Appellees to bear their own costs.

51151495.1 10/24/2023

2

**SAUL EWING LLP**


*/s/ Mark Minuti*
Mark Minuti (DE Bar No. 2659)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com


-and-


John D. Beck (admitted *pro hac vice*)
Jennifer Y. Lee (admitted *pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
john.beck@hoganlovells.com
jennifer.lee@hoganlovells.com


*Counsel to Chongqing Huansong Industries (Group)*
*Co., Ltd., Chongqing Huansong Science and*
*Technology Industrial Co., Ltd., and Vietnam New*
*Century Industrial Company Limited*


**KLEHR HARRISON HARVEY**
**BRANZBURG LLP**


*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
Sally E. Veghte (DE Bar No. 4762)
919 North Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Email:  dpacitti@klehr.com
myurkewicz@klehr.com
sveghte@klehr.com


-and-


Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3007
mbranzburg@klehr.com


*Counsel to the Debtors*

51151495.1 10/24/2023

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
James E. O'Neill (DE Bar No. 4042)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
joneill@pszjlaw.com
ecorma@pszjlaw.com


-and-


Brian Schartz, P.C.
Allyson Smith, Esquire
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 909-3217
brian.schartz@kirkland.com
allyson.smith@kirkland.com


        -and-

William E. Arnault
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
william.arnault@kirkland.com

*Counsel to Kinderhook*


Dated: October 24, 2023

3